## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TOYOTA JIDOSHA KABUSHIKI KAISHA** also doing business as **TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.**<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**LEXUS STUDIOS, INC.**<br><br>      **Defendant.** | Civil Action No. 15-13819 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Toyota Jidosha Kabushiki Kaisha also doing business as Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. ("Plaintiffs") hereby move the Court in accordance with Rule 56 of the Federal Rules of Civil Procedure to enter summary judgment in their favor. As grounds therefore, Plaintiffs state there are no genuine issues of material fact and that Plaintiffs are entitled to judgment as a matter of law. In support of their motion, Plaintiffs rely upon their accompanying memorandum of law and supporting affidavits and exhibits filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that this Court enter summary judgment in their favor and that the Court grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Attorneys for TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A, INC.**

*/s/ Jennifer G. Roma*
Matthew G. Lindenbaum (BBO #670007)
Jennifer G. Roma (BBO #684925)
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Telephone: (617) 573-4700
Facsimile: (617) 573-4710

and

Eric T. Fingerhut
Shannon Marie McKeon
DYKEMA GOSSETT PLLC
Franklin Square, Third Floor West
1300 I Street N.W.
Washington, DC 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
Firm I.D. No. 42297

Dated:  May 23, 2016

## RULE 7.1 CERTIFICATION

I communicated with counsel for Defendant multiple times in an effort to narrow or resolve the issues raised in Plaintiffs' Motion for Summary Judgment.  However, we were unable to resolve the issues.

*/s/ Jennifer G. Roma*

## **CERTIFICATE OF SERVICE**

I, Jennifer G. Roma, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served together with service of process upon the defendant.

Dated: May 23, 2016                                         */s/ Jennifer G. Roma*